

Concepcion A. Montoya
212-471-6228
cmontoya@hinshawlaw.com

ATTORNEYS AT LAW

800 Third Avenue
13th Floor
New York, NY  10022

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

July 24, 2018

**VIA ECF**

Hon. William F. Kuntz, II
United States District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Blenman, et al. v. Ocwen Loan Servicing, LLC*
       Docket No. 18-cv-04161-WFK-ST

Your Honor:

   We represent Defendant Ocwen Loan Servicing, LLC ("Ocwen") in the above-referenced matter.  On July 20, 2018, Ocwen removed this matter from New York Supreme Court, Kings County by filing a Notice of Removal.  *See* Docket Entry No. 1.  As indicated on the Notice of Removal, in addition to the Amended Complaint, Plaintiffs *Pro Se* also filed an Order To Show Cause and a Temporary Restraining Order in order to stop an alleged foreclosure action.  However, Plaintiffs are mistaken because there is no foreclosure sale scheduled as there is no foreclosure action yet commenced.  *See* Docket Entry No. 1, ¶4.   Therefore, Plaintiffs' emergency action is premature.  In any case, Ocwen's response to the Amended Complaint is due no later than August 6, 2018 and Ocwen will address Plaintiffs' allegations at that time either through a responsive pleading or a pre-motion letter to dismiss.

   We thank the Court for its consideration.

                                                    Respectfully submitted,

                                                    *HINSHAW & CULBERTSON LLP*

                                                    *s/ Concepcion A. Montoya*
                                                    Concepcion A. Montoya

cc:    Via Overnight Mail
       Igenie Christina Blenman
       Cynthia Shepherd
       Ricard Shepherd
       *Plaintiffs Pro Se*
       874 Park Place
       Brooklyn, New York 11216

302253239v1 1991